JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
Attorney for New Jersey State Police, Lt. J. Myers, DST Brian J.
     Smith, and Trooper Michael C. Murray.

By:  Adam Robert Gibbons
     Deputy Attorney General
     (609)633-7786
     cspmail@lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

```
_____
GARRY D. LLOYD,                 :
                                :  CIVIL ACTION NO. GLO-L-1660-14
     Plaintiff,                 :
                                :
          v.                    :  NOTICE OF REMOVAL
                                :
NEW JERSEY STATE POLICE,        :
et al.,                         :
                                :
     Defendants.                :
                                :
_____ :
```

Defendants, the New Jersey State Police, Lt. J. Myers, DST Brian J. Smith, and Trooper Michael C. Murray, by way of John J. Hoffman, Acting Attorney General of New Jersey, by Adam Robert Gibbons, Deputy Attorney General, file this notice of removal and in support thereof, state:

1.   The New Jersey State Police, Lt. J. Myers, DST Brian J. Smith, and Trooper Michael C. Murray are named as Defendants

in an action received by in the New Jersey Superior Court, Law Division, Gloucester County, bearing Docket No. GLO-L-1660-14, captioned, Garry D. Lloyd v. New Jersey State Police, et al., be removed to this District Court.

2. The above-entitled action was commenced by the submitting of a Complaint on November 21, 2014, and served on the Defendants New Jersey State Police, Lt. J. Myers, DST Brian J. Smith, and Trooper Michael C. Murray, on December 1, 2014, raising both federal and state constitutional claims, along with tort claims.

3. According to the docket, the complaint was officially filed on December 8, 2014. Plaintiff originally filed a motion for indigency but was denied. Plaintiff filed the filing fee on December 17, 2014 and the complaint was processed on December 19, 2014. To the extent Defendants New Jersey State Police, Lt. J. Myers, DST Brian J. Smith, and Trooper Michael C. Murray were served prior to the complaint being filed, said Defendants waive service.

4. This matter is removable because federal constitutional claims are brought pursuant to 42 U.S.C. § 1983. A true and correct copy of the complaint is annexed as Exhibit A.

5. The United States District Court has original or supplemental jurisdiction over all claims in this action, pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343, and 28 U.S.C. §

1367(a).

6. This action is removable to the District Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1443, and 28 U.S.C. § 1446(b).

7. This Notice of Removal is being filed within thirty (30) days of the date these Defendants were served with a Summons and Complaint and became parties to the within action and became aware that the matter was removable.

WHEREFORE, Defendants, Defendants New Jersey State Police, Lt. J. Myers, DST Brian J. Smith, and Trooper Michael C. Murray respectfully request that the action now pending in the New Jersey Superior Court, Law Division, Gloucester County, bearing Docket No. GLO-L-1660-14, captioned, Garry D. Lloyd v. New Jersey State Police, et al., be removed to this District Court.

                                   JOHN J. HOFFMAN
                                   ACTING ATTORNEY GENERAL OF NEW JERSEY

                         By:  /s/ Adam Robert Gibbons
                              Adam Robert Gibbons
                              Deputy Attorney General
                              Attorney ID# 093732014

DATED: December 23, 2014